IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICARDO ROLAND | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 1:13-cv-259 |
| v. | § | |
| | § | JUDGE RON CLARK |
| CANON SOLUTIONS AMERICA, INC. | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Joint Stipulation of Dismissal with Prejudice [Doc. 37]. Having considered the motion, the court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice [Doc. 37] is GRANTED. Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

IT IS FURTHER ORDERED that all pending motions are DENIED AS MOOT.

So **ORDERED** and **SIGNED** on April 25, 2014.

_____
Ron Clark, United States District Judge